DAVID J. VAN HAVERMAAT, Cal. Bar No. 175761
VanHavermaatD@sec.gov
MARC J. BLAU, Cal. Bar No. 198162
BlauM@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind Tyson, Acting Regional Director
Michele Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN LUSCKO, GREGORY NEU, JUSTIN MEDLIN, EMERGING HOLDINGS, INC., MASSCLICK, INC., and CHINA SCORE, INC.<br><br>Defendants,<br><br>and<br><br>MARC PRIMO PULISCI<br><br>Relief Defendant. | Case No.: CV 07-2783 DDP (AGRx)<br><br>[PROPOSED] JUDGMENT AS TO DEFENDANT CHINA SCORE, INC. |

The Securities and Exchange Commission ("Commission") having filed a Complaint and Defendant China Score, Inc. ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating Sections 5(a) and 5(c) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. §§ 77e(a) and 77e(c)] by, directly or indirectly, in the absence of any applicable exemption:

(a) Unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise;

(b) Unless a registration statement is in effect as to a security, carrying or causing to be carried through the mails or in interstate commerce, by any means or instruments of transportation, any such security for the purpose of sale or for delivery after sale; or

(c) Making use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed with the Commission as to such security, or while the registration

statement is the subject of a refusal order or stop order or (prior to the effective date of the registration statement) any public proceeding or examination under Section 8 of the Securities Act [15 U.S.C. § 77h].

II

Upon motion of the Commission, the Court shall determine whether it is appropriate to order disgorgement of ill-gotten gains pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and, if so, the amount of the disgorgement. If disgorgement is ordered, Defendant shall pay prejudgment interest thereon, calculated from March 8, 2004, the rate of interest used by the Internal Revenue Service for the underpayment of federal income tax as set forth in 26 U.S.C. § 6621(a)(2). In connection with the Commission's motion for disgorgement, and at any hearing held on such a motion: (a) Defendant will be precluded from arguing that it did not violate the federal securities laws as alleged in the Complaint; (b) Defendant may not challenge the validity of the Consent or this Judgment; (c) solely for the purposes of such motion, the allegations of the Complaint shall be accepted as and deemed true by the Court; and (d) the Court may determine the issues raised in the motion on the basis of affidavits, declarations, excerpts of sworn deposition or investigative testimony, and documentary evidence, without regard to the standards for summary judgment contained in Rule 56(c) of the Federal Rules of Civil Procedure. In connection with the Commission's motion for disgorgement, the parties may take discovery, including discovery from appropriate non-parties.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

Dated: 1-25-08

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X] U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On October 25, 2007, I served the document entitled **[PROPOSED] JUDGMENT AS TO DEFENDANT CHINA SCORE, INC.** on all the parties to this action addressed as stated on the attached service list:

[X] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ] **FEDERAL EXPRESS:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[ ] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ] **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[X] **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Date: October 25, 2007

Joan Thomas

1

## SEC v. STEPHEN LUSCKO, et al.
United States District Court – Central District of California
Case No. CV 07-2783 DDP (AGRx)
(LA-2848)

### SERVICE LIST

Stephen Luscko
FCI Estill
P.O. Box 699
Estill, SC 29918

William F. Jung, Esq.
Jung & Sisco, P.A.
Wachovia Center
100 South Ashley Drive, Suite 1240
Tampa, Florida 33602
Telephone: 813-225-1988
Facsimile: 813-225-1392
Email: wjung@jungandsisco.com

Gregory Neu
Jesup FCI
2680 301 South
Jesup, GA 31599
*Pro Se*

Allan J. Sullivan, Esq.
Baker & McKenzie
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131-2827
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: allan.sullivan@bakernet.com

Henry Zhang
4211 W. Sahara Blvd.
Las Vegas, NV 89102
*President of China Score, Inc.*

Norman S. Zalkind, Esq.
65A Atlantic Avenue
Boston, MA 02110
Telephone: (617) 742-6020
Facsimile: (617) 742-3269
Email: nzalkind@zrld.com
*Attorney for Defendant Justin Medlin*

Dan Marmalefsky
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles  CA  90013-1024
Tel.  213/892-5809
Fax:  213/892-5454
Email: dmarmalefsky@mofo.com
***Attorney for Relief Defendant Marc Primo Pulisci***

Brian Brunette
Register Number 71692-083
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507