1   DAVID J. VAN HAVERMAAT, Cal. Bar No. 175761
    VanHavermaatD@sec.gov
2   MARC J. BLAU, Cal. Bar No. 198162
    BlauM@sec.gov
3
    Attorneys for Plaintiff
4   Securities and Exchange Commission
    Rosalind Tyson, Regional Director
5   Michele Wein Layne, Associate Regional Director
    John M. McCoy III, Regional Trial Counsel
6   5670 Wilshire Boulevard, 11th Floor
    Los Angeles, California 90036
7   Telephone: (323) 965-3998
    Facsimile: (323) 965-3908
8

9                 UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION

12  SECURITIES AND EXCHANGE           Case No. CV 07-2783 DDP (AGRx)
    COMMISSION,
13                                    [PROPOSED] FINAL JUDGMENT
                 Plaintiff,           AS TO DEFENDANT EMERGING
14                                    HOLDINGS, INC.
          vs.
15
16  STEPHEN LUSCKO, GREGORY NEU,
    JUSTIN MEDLIN, EMERGING
17  HOLDINGS, INC., MASSCLICK, INC.,
    and CHINA SCORE, INC.
18
                 Defendants,
19
    and
20
    MARC PRIMO PULISCI
21
                 Relief Defendant.
22

23

24

25

26

27

28

1   Plaintiff Securities and Exchange Commission ("Commission") filed and
2   served the Complaint in this action upon Defendant Emerging Holdings, Inc.
3   ("Emerging Holdings"). Emerging Holdings failed to file an answer or otherwise
4   respond to the Complaint. On October 26, 2007, the Clerk of the Court entered the
5   default of Emerging Holdings pursuant to Fed. R. Civ. P. 55(a). Thereafter, the
6   Commission moved for entry of a final judgment by default by this Court pursuant
7   to Fed. R. Civ. P. 55(b)(2) with supporting papers showing service of the
8   Summons and Complaint upon Emerging Holdings and its subsequent failure to
9   answer or otherwise respond to the Complaint. Based upon the Commission's
10  motion for entry of default judgment, the supporting memoranda of points and
11  authorities, and the evidence and arguments presented with regard to the
12  Commission's motion:

## I.

14  IT IS HEREBY ORDERED that the Commission's motion for entry of
15  judgment by default against Emerging Holdings is GRANTED.

## II.

17  IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED
18  that Emerging Holdings and its agents, servants, employees, attorneys, and all
19  persons in active concert or participation with them who receive actual notice of
20  this Final Judgment by personal service or otherwise are permanently restrained
21  and enjoined from violating Sections 5(a) and 5(c) of the Securities Act of 1933
22  (the "Securities Act"), 15 U.S.C. §§ 77e(a) and 77e(c), by, directly or indirectly, in
23  the absence of any applicable exemption:

24      (a)    Unless a registration statement is in effect as to a security, making use
25             of any means or instruments of transportation or communication in
26             interstate commerce or of the mails to sell such security through the
27             use or medium of any prospectus or otherwise;

28      (b)    Unless a registration statement is in effect as to a security, carrying or

1

1           causing to be carried through the mails or in interstate commerce, by

2           any means or instruments of transportation, any such security for the

3           purpose of sale or for delivery after sale; or

4    (c)    Making use of any means or instruments of transportation or

5           communication in interstate commerce or of the mails to offer to sell

6           or offer to buy through the use or medium of any prospectus or

7           otherwise any security, unless a registration statement has been filed

8           with the Commission as to such security, or while the registration

9           statement is the subject of a refusal order or stop order or (prior to the

10           effective date of the registration statement) any public proceeding or

11           examination under Section 8 of the Securities Act, 15 U.S.C. § 77h.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

Dated: 7-14-08

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE